FILED
APR 0 6 2023
Clerk, U.S. District Court
District Of Montana
Great Falls

**BRYAN T. DAKE**
**JULIE R. PATTEN**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov
         Julia.Patten@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VIRGILIO ARCIGA-GALVAN *aka Carlos*, <br> JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, <br> DANIEL JIMINEZ-CHAVEZ *aka Ratón*, <br> WENDELL LEFTHAND, <br> FREDERICA LEFTHAND, <br> RANITA ROSELLE REDFIELD, <br> MELANIE ROSE BLOODMAN, <br> RODERICK PLENTYHAWK, <br> CARLY JOY JAMES, | CR 23- 41 -BLG-SPW <br><br> INDICTMENT <br><br> **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE** (Count 1) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count 2) <br> Title 21 U.S.C. § 841(a)(1) and <br> Title 18 U.S.C. § 2 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

1

| | |
|---|---|
| AMMON LEE PRETTYPAINT,<br>JEFFREY PRETTYPAINT,<br>DARLON RICHARD LEFTHAND,<br>KEILEE SHAMBRAE DIAZ,<br>ZACHARY DOUGLAS BACON,<br>MORGAN LUKE HUGS, and<br>ANTHONY SPRINGFIELD,<br><br>          Defendants. | DISTRIBUTION OF METHAMPHETAMINE<br>(Counts 3-6; 8-11)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty for Counts 3 and 5: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br>(Penalty for Counts 4, 6, and 8-11: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>(Count 7)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>(Count 12)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Fifteen years of imprisonment, $250,000 fine and three years of supervised release)<br><br>CONSPIRACY TO COMMIT MONEY LAUNDERING<br>(Count 13)<br>Title 18 U.S.C. § 1956(h)<br>(Penalty: Twenty years of imprisonment, $500,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. §§ 853(a)(1) and (2)<br>Title 21 U.S.C. §§ 881(a)(7) and (11) |

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in or about approximately January 2022, and continuing until in or through March 2023, at Billings, in Yellowstone County, at Hardin, Crow Agency, Wyola, and Lodge Grass, in Big Horn County, and on the Crow Indian Reservation, at Lame Deer, in Rosebud County, and on the Northern Cheyenne Indian Reservation, in the State and District of Montana, the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, DANIEL JIMINEZ-CHAVEZ *aka Ratón*, WENDELL LEFTHAND, FREDERICA LEFTHAND, RANITA ROSELLE REDFIELD, MELANIE ROSE BLOODMAN, RODERICK PLENTYHAWK, CARLY JOY JAMES, AMMON LEE PRETTYPAINT, JEFFREY PRETTYPAINT, DARLON RICHARD LEFTHAND, KEILEE SHAMBRAE DIAZ, ZACHARY DOUGLAS BACON, MORGAN LUKE HUGS, and ANTHONY SPRINGFIELD, knowingly and unlawfully conspired with each other and others both known and unknown to the Grand Jury, to possess with the intent to distribute, and to distribute, in violation of

21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT 2

That beginning in or about approximately January 2022, and continuing until in or through March 2023, at Billings, in Yellowstone County, at Hardin, Crow Agency, Wyola, and Lodge Grass, in Big Horn County, and on the Crow Indian Reservation, at Lame Deer, in Rosebud County, and on the Northern Cheyenne Indian Reservation, in the State and District of Montana, the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, DANIEL JIMINEZ-CHAVEZ *aka Ratón*, WENDELL LEFTHAND, FREDERICA LEFTHAND, RANITA ROSELLE REDFIELD, MELANIE ROSE BLOODMAN, RODERICK PLENTYHAWK, CARLY JOY JAMES, AMMON LEE PRETTYPAINT, JEFFREY PRETTYPAINT, DARLON RICHARD LEFTHAND, KEILEE SHAMBRAE DIAZ, ZACHARY DOUGLAS BACON, MORGAN LUKE HUGS, and ANTHONY SPRINGFIELD, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

That on or about September 9, 2022, at Lodge Grass and Wyola, in Big Horn County, and on the Crow Indian Reservation, in the State and District of Montana, the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, FREDERICA LEFTHAND, and JEFFREY PRETTYPAINT, knowingly and unlawfully distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

That on or about September 14, 2022, at Lodge Grass and Wyola, in Big Horn County, and on the Crow Indian Reservation, in the State and District of Montana, the defendants, FREDERICA LEFTHAND, DARLON RICHARD LEFTHAND, and KEILEE SHAMBRAE DIAZ, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5

That on or about September 20, 2022, at Crow Agency, in Big Horn County, and on the Crow Indian Reservation, in the State and District of Montana, the defendant, AMMON LEE PRETTYPAINT, knowingly and unlawfully distributed

50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6

That on or about September 22, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, RODERICK PLENTYHAWK, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7

That on or about September 22, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, RODERICK PLENTYHAWK, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely conspiracy to possess with the intent to distribute and to distribute methamphetamine, possession with the intent to distribute methamphetamine, and distribution of methamphetamine, as alleged in count 1, 2, and 6 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 8

That on or about October 11, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendants, RODERICK PLENTYHAWK and CARLY JOY JAMES, knowingly and unlawfully distributed five grams or more of

actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 9

That on or about October 20, 2022, at Hardin, in Big Horn County, in the State and District of Montana, the defendants, ZACHARY DOUGLAS BACON and WENDELL LEFTHAND, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 10

That on or about November 2, 2022, at Hardin, in Big Horn County, in the State and District of Montana, the defendants, MORGAN LUKE HUGS and ANTHONY SPRINGFIELD, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 11

That on or about January 27, 2023, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, MELANIE ROSE BLOODMAN, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

COUNT 12

On or about March 29, 2023, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, RODERICK PLENTYHAWK, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

COUNT 13

That beginning in March 2022, and continuing until in or through March 2023, at Billings, in Yellowstone County, at Hardin, Crow Agency, Wyola, and Lodge Grass, in Big Horn County, and on the Crow Indian Reservation, at Lame Deer, in Rosebud County, and on the Northern Cheyenne Indian Reservation, in the State and District of Montana, in the Eastern District of Washington, in the District of Wyoming, and elsewhere, the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, and FREDERICA LEFTHAND, knowingly and intentionally conspired, confederated, and agreed to conduct financial transactions that involved the proceeds of specified unlawful activity, including possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of such specified unlawful activity, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 2, and knowing that the transaction was designed in whole and in part to conceal and

disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), 2, in that the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, and FREDERICA LEFTHAND, initiated and directed wire transfers of United States currency from Montana, Washington, and Wyoming, and elsewhere to and from Washington, California, and Mexico and elsewhere, in order to pay for and fund the purchase of additional controlled substances, including methamphetamine, and while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(h).

FORFEITURE ALLEGATION

Upon conviction of any of the offenses set in forth in counts 1 through 6 and 8 through 11 of this indictment, the defendants, VIRGILIO ARCIGA-GALVAN *aka Carlos*, JUAN IGNACIO ORTEGA ALMONTES *aka Nacho*, DANIEL JIMINEZ-CHAVEZ *aka Ratón*, WENDELL LEFTHAND, FREDERICA LEFTHAND, RANITA ROSELLE REDFIELD, MELANIE ROSE BLOODMAN, RODERICK PLENTYHAWK, CARLY JOY JAMES, AMMON LEE PRETTYPAINT, JEFFREY PRETTYPAINT, DARLON RICHARD LEFTHAND, KEILEE SHAMBRAE DIAZ, ZACHARY DOUGLAS BACON, MORGAN

LUKE HUGS, and ANTHONY SPRINGFIELD, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. §§ 881(a)(7) and (11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense set forth in count 7 or count 12 of this indictment, the defendant, RODERICK PLENTYHAWK, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.            Foreperson signature redacted. Original document filed under seal.

_____ For
JESSE A. LASLOVICH
United States Attorney

_____ for
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

10